# JB CORPORATION

## Purchase Order

**Project** [CE22-011-000] - Firm-Fixed Price, 8(a) Sole Source, Construction Contract for Window Replacement @ Jefferson Junior HS and Beers Elementary School, DC Public Schools

**Dalco Proj No.** CE22-011-000

**Client Proj No.** W912DR-04-C-0038

**View Date** 9/29/2004

JB Dalco Corporation
PO Box 67
Annapolis Junction, MD  20701
Phone: (240) 568-0215      BONITA
Fax: (240) 568-9832

**Purchase Order No.** CE22-011-000-201

PAUL SMITH

| | | | |
|---|---|---|---|
| **Date** | 8/25/2004 | **Cost Status** | Approved |
| **Category** | Approved | **PO For** | Materials |
| **Primary Budget Code** | 08520M | | |

**Description** Window materials

**Contact (Company)**
Steve Downing
Window Consultants, Inc.
7 Shadywoods Court
Owings Mills, MD  21117
Phone: (410) 252-5564

**Ship To**
Beers Elementary School 3600 Alabama Ave. SE, Washington, DC 20020

Jefferson Junior High School 801 7th Street SW, Washington, DC 20024

**F.O.B. Point** Job Site
**Ship Via** Courier
**Terms of Payment** Paid when Paid
**Delivery Req** As described in this purchase order
**Invoice Req** Must be received NLT the 20th of the month

**Invoice To**
9090 Junction Drive. Suite 6

(Mailing: Post Office Box 67)
Annapolis Junction,  MD   20701

| | | | |
|---|---|---|---|
| **Award Date** | 9/21/2004 | **Req Delivery Date** | |
| **Sent Date** | 9/22/2004 | **Requisition Date** | |
| **Returned Date** | | **Bid per Plans/Specs** | Yes |
| **Executed Date** | | **Sales Tax Included** | No |
| **Expiration Date** | | **Escalation Included** | No |
| **Drafted Date** | 8/25/2004 | **Unloading Included** | No |
| **Expected Date** | | | |

EXHIBIT B

*Steve Downing* /s/

| | | | |
|---|---|---|---|
| **Requisition By** | Wattana Pitaksaringarn<br>JB Dalco Corporation<br>PO Box 67<br>Annapolis Junction, MD  20701<br>Phone: (240) 568-0215 | **Signed By** | Paul Smith<br>JB Dalco Corporation<br>PO Box 67<br>Annapolis Junction, MD  20701<br>Phone: (240) 568-0215 |
| **Approved By** | Paul Smith | **Approved Date** | 9/21/2004 |
| **Status Notes** | | | |

**Notes**  This project bonded by JB Dalco Corporation and all funds from this project will be paid through an independent escrow.

Window Consultants, Inc. to furnish the following materials: Traco Aluminum Windows; as per plans and specifications dated March 31, 2004 by SORG. This includes, but not limited to, windows, insect screens, accessories, delivery, freight, and compliance with general specification.

Window Consultants, Inc. responsible for field measurement, preparation and submittal for shop drawings, production schedule, window samples, warranties, product data, qualification data reports, test reports, and factory applied finish samples. Ten (10) copies of submittal documents required. Submittal execution & requirements shall be as per specification sections 01330 & 08520.

In the event Contractor or Owner shall have a claim made against them for, or become involved in litigation or arbitration because of claims for personal injuries, death, property damage, liens, stop notices or charges of any kind against the site of the Project, arising from Window Consultants' failure to fulfill its obligation under the Contract; claims under Workers Compensation Acts or any other employee; violation of any federal, state or local law, regulation or code; infringements of patents, or violations of patent rights; or any other type of claims, damages, injury or loss arising out of or related to the activities of or the work performed (including any addenda to this Contract, 'extras' or written or verbal change orders to this contract) by Window Consultants, its agents, employees, servants or subcontractors, it is the express intent of the parties to this Agreement that Window Consultants shall indemnify, defend and hold Owner and Contractor harmless against any and all such claims, damages, injury loss, liability and expense, including, but not limited to, attorneys' fees, and expert and consultants' fees incurred as a result thereof. The obligations imposed upon Window Consultants by this provision are binding valid and enforceable even if it is claimed or established that Contractor or Owner was actively or passively negligent, strictly liable in tort or otherwise responsible for any such claims, damages, injury, loss, liability or expense with one exception: Window Consultants shall not be obligated to defend, indemnify or hold Owner and Contractor harmless under the terms of this provision for claims, damages, injury, loss, liability or expense caused by the sole negligence or willful misconduct of Contractor or Owner. The indemnity set forth in this section shall survive the expiration or termination of this Contract until such time as action against Contractor on account of any matter covered by this indemnity is barred by the applicable statute of limitations.

Window Consultants, Inc. will prepare shop drawings including elevation, sizes, openings, and location of window based upon field measurement. Each window to be coded with new identification number which identifies location to place new window. Window types to be as per drawings and specifications. Sizing to be costumed.

Window Consultants, Inc. not responsible for demolition, clean-up, and hazardous material handling.

Performance class: Per Plans & Specs
Glazing: Per Plans & Specs
Mullions: Per Plans & Specs
Muntins: Per Plans & Specs
Insect Screens: Per Plans & Specs
Insulated Metal Panels: Per Plans & Specs
Weather Stripping: Per Plans & Specs
Exterior Finish: Per Plans & Specs

Warranties: including but not limited to the following;
Glazing: 10 years from date of Substantial Completion that accepted and approved by the Contracting Officer or his/her representative excluding laten defects.
Material: 15 years from date of Substantial Completion that accepted and approved by the Contracting Officer or his/her representative excluding laten defects.
Labor: 3 years from date of Substantial Completion that accepted and approved by the Contracting Officer or his/her representative excluding laten defects.

Window Consultants, Inc.'s response to warranty service requirements shall be as per terms of the project specifications.

Window Sample for Mock-up to be delivered within 3 weeks from receipt of approved submittals.

Window delivery to start no later than 12 weeks after approval of shop drawings.

Should Window Consultants, Inc., or any persons, firms or entities for whom Window Consultants Inc. is responsible, cause delay to any part or the entire work of the project, Window consultants shall be liable for liquidated damages sustained and actually paid by Contractor. Window Consultants should not be liable under this paragraph if such delay is caused by strike, walkout, act of God, or the other reason beyond the control of Window Consultants, to the extent that any of the foregoing constitutes a valid excuse for delay under the Prime Contract, and provided that notice of same shall be furnished in writing by Window Consultants to Contractor within seventy-two (72) hours of occurrence. If the liquidated damages are caused by Window Consultants and another entity, the contractor shall reasonably apportion said liquidated, damages among the parties and or Owner's Representative. Window Consultants shall not be entitled to an extension of time or compensation, if the delay results from the acts or non-performance of Window Consultants.

No allowance of any extension of time shall, in any event, be made to the Window Consultants for delay by Window Consultants in preparing submittals, or in securing approval of the Architect, Engineer and /or Owner's Representative thereto, when such submittals are not properly prepared, or when Window Consultants by the exercise of reasonable diligence and judgment could have anticipated and avoided the delay.

## Items

| No. | Budget Code | Product Name | Product No. | Qty | U.O.M. | Unit Price | Total Price | Cost Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 08520M | Traco Aluminum Windows | | 1.00 | LS | $985,000.00 | $985,000.00 | Approved |

|  |  |  |  |
|---|---|---|---|
|  |  | Items | $985,000.00 |
| Original PO | $985,000.00 | Tax | - |
| POCOs | - |  | - |
| Revised PO | $985,000.00 | Total PO | $985,000.00 |

All language of articles, as referenced in the Prime Contract between Owner & Contractor, is hereby language of this contact purchase order as required of the Prime Contract.

52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS OF INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

52.232-27 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (MAY 2001)
1. In the event the Purchaser is unable to accept delivery as per the pre-programmed schedule, the Purchaser shall pay for completed product (that can be inspected) stored off site, per the contract terms.

Please remit three (3) copies of your invoice for payment. All invoices must be received no later than the 20th of the month for payment in the following month.

Notify us immediately if you are unable to ship as specified.

| Window Consultants, Inc. | JB Dalco Corporation |
|---|---|
| Signed: *Steve Downing* | Signed: *[signature]* |
| By:         Date: 9-29-04 | By:         Date: 9-29-04 |