# HARRISON
## LAW GROUP

JEFFREY S. ROSENFELD
jrosenfeld@harrisonlawgroup.com

December 6, 2005

**VIA CERTIFIED MAIL**

Westchester Fire Insurance Company
1601 Chestnut Street
Two Liberty Plaza
Philadelphia, Pennsylvania 19103

    RE:    Project:    Beers Elementary School and Jefferson Junior High School
            Bond Nos.:  K0695599A & K06956014
            Principal:   JB Dalco Corporation
            Obligee:    The United States of America
            Our Client:  Window Consultants, Inc.
            Our File No.: 254-25403

## NOTICE OF CLAIM

Gentlemen:

    This office serves as legal counsel to Window Consultants, Inc. ("WCI") in connection with its work on the above-referenced project (the "Project"). WCI served as the window supplier to your principal, JB Dalco Corporation ("Dalco"), in connection with the Project.

    Although WCI is not obligated to provide a notice of claim, I am writing this letter on behalf of WCI to notify Westchester Fire Insurance Company ("Westchester") of WCI's claim against the above-referenced bonds (the "Bonds"). As you are probably aware, although the Project involves two separate schools in Washington, D.C., it is my understanding that Dalco had one prime contract for both schools. Despite the fact that there was only one prime contract, it is my further understanding that two separate payment bonds were issued, both of which are attached hereto for convenience.

    WCI is currently owed a total of $186,250.00 on its original subcontract. This amount does not include any change orders that were issued in connection with WCI's work on the Project, and WCI expressly reserves its right to modify its claim for such amounts. Please consider this letter to be a notice of claim against both bonds. If there are any other payment bonds that were issued by Westchester Fire Insurance Company in connection with the Project, or if you are aware of any other payment bonds issued by any other surety in connection with the Project, I would ask that you notify me in writing and supply me with copies of the bonds.

**EXHIBIT D**

40 WEST CHESAPEAKE AVENUE, SUITE 600 / TOWSON, MARYLAND 21204-4891
410.832.0000 / 410.832.9929 fax / www.harrisonlawgroup.com

OFFICES ALSO LOCATED IN WASHINGTON, D.C. & SALISBURY, MARYLAND

Westchester Fire Insurance Company
December 6, 2005
Page - 2 -

---

      Please provide a written response as to Westchester's position concerning WCI's claim and the manner in which payment of this claim will be facilitated. If I can answer any questions please contact me at (410) 832-0000. Thank you.

                              Very truly yours,

                              Jeffrey S. Rosenfeld

Enclosures

JSR:pc

cc:     U.S. Army Corps of Engineers (via telefax and Certified Mail w/ enclosures)
         JB Dalco Corporation (via telefax & Certified Mail w/ enclosures)
         Window Consultants, Inc. (via telefax w/ enclosures – no hard copy)

# PAYMENT BOND
(See instructions on reverse)

**DATE BOND EXECUTED** (Must be same or later than date of contract): September 23, 2004

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA Washington, D.C. 20405.

Bond No. K0695599A

**PRINCIPAL** (Legal name and business address)

J.B. Dalco Corporation
9090 Junction Drive
Suite 6
Annapolis, MD 20701

**TYPE OF ORGANIZATION** ("X" one)

[ ] INDIVIDUAL  [ ] PARTNERSHIP
[ ] JOINT VENTURE  [X] CORPORATION

**STATE OF INCORPORATION**
Delaware

**SURETY(IES)** (Name(s) and business address(es))

Westchester Fire Insurance Company
1601 Chestnut Street
Two Liberty Place
Philadelphia, PA 19103

**PENAL SUM OF BOND**

| MILLIONS | THOUSANDS | HUNDREDS | CENTS |
|---|---|---|---|
| 1 | 139 | 283 | 00 |

**CONTRACT DATE**: 07/09/2004
**CONTRACT NO.**: W912DR-04-C-0038

BEERS ELEMENTARY SCHOOL

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

## PRINCIPAL

J.B. Dalco Corporation

SIGNATURE(S): 1. Paul Smith (Seal)  2. (Seal)  3. (Seal)  — Corporate Seal

NAME(S) & TITLE(S) (Typed): 1. Paul Smith, President

## INDIVIDUAL SURETY(IES)

SIGNATURE(S): 1. (Seal)  2. (Seal)

NAME(S) (Typed): 1.  2.

## CORPORATE SURETY(IES)

SURETY A

NAME & ADDRESS: Westchester Fire Insurance Company, 1601 Chestnut Street, Philadelphia, PA 19103

STATE OF INC.: New York

LIABILITY LIMIT: $

SIGNATURE(S): 1. Angela J. Lawrence  2.

NAME(S) & TITLE(S) (Typed): 1. Angela J. Lawrence, Attorney-in-Fact  2.

— Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable
WC-1817A

STANDARD FORM 25-A (REV.10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(c)

CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of the approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

WC-1617B

STANDARD FORM 25-A (REV.10-98) BACK

| PAYMENT BOND <br> (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) <br> September 22, 2004 | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405

Bond No. K06956014

**PRINCIPAL** (Legal name and business address)

J.B. Dalco Corporation
9090 Junction Drive
Suite 6
Annapolis, MD 20701

**TYPE OF ORGANIZATION** ("X" one)

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

**STATE OF INCORPORATION**
Delaware

**SURETY(IES)** (Name(s) and business address(es))

Westchester Fire Insurance Company
1601 Chestnut Street
Two Liberty Place
Philadelphia, PA 19103

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 2 | 278 | 664 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/09/2004 | W912DR-04-C-0038 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**J.B. Dalco Corporation**   PRINCIPAL

| SIGNATURE(S) | 1. /s/ Paul Smith (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Paul Smith, President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

SURETY A

| NAME & ADDRESS | Westchester Fire Insurance Company <br> 1601 Chestnut Street, Philadelphia, PA 19103 | STATE OF INC. <br> New York | LIABILITY LIMIT <br> $ | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | 1. /s/ Angela J. Lawrence | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Angela J. Lawrence <br> Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable
WC-1817A

STANDARD FORM 25-A (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(c)

CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND $ 30.00 | TOTAL $ 69,350.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

WCA-1816B                                              STANDARD FORM 25 (REV. 5-96) BACK

7160 3901 9849 1182 1644

**TO:** Westchester Fire Insurance Company
1601 Chestnut Street
Two Liberty Plaza
Philadelphia, Pennsylvania 19103

**SENDER:**

**REFERENCE:** 254-25403

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | .60 |
| --- | --- | --- |
| | Certified Fee | 2.30 |
| | Return Receipt Fee | 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.65 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: 12/6/05

---

7160 3901 9849 1182 1637

**TO:** Paul Smith
J. B. Dalco Corporation
9090 Junction Drive
Suite 6
Annapolis, Maryland 20701

**SENDER:**

**REFERENCE:** 254-25403

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | .60 |
| --- | --- | --- |
| | Certified Fee | 2.30 |
| | Return Receipt Fee | 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.65 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: 12/6/05

---

7160 3901 9849 1182 1620

**TO:** U.S. Army Corps of Engineers
P.O. Box 29138
Washington, DC 20017-9138

Attn:   Emery Thompson
        Rhonda Sturdavant

**SENDER:**

**REFERENCE:** 254-25403

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | .60 |
| --- | --- | --- |
| | Certified Fee | 2.30 |
| | Return Receipt Fee | 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.65 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: 12/6/05

---

**2. Article Number:** 7160 3901 9849 1182 1644

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Westchester Fire Insurance Company
1601 Chestnut Street
Two Liberty Plaza
Philadelphia, Pennsylvania 19103

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 12-9-05
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

**Reference Information:** 254-25403

PS Form 3811, January 2005   Domestic Return Receipt

---

**2. Article Number:** 7160 3901 9849 1182 1637

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Paul Smith
J. B. Dalco Corporation
9090 Junction Drive
Suite 6
Annapolis, Maryland 20701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): WL SMITH
B. Date of Delivery: 12-?-05
C. Signature: X Paul [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

**Reference Information:** 254-25403

PS Form 3811, January 2005   Domestic Return Receipt

---

**2. Article Number:** 7160 3901 9849 1182 1620

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

U.S. Army Corps of Engineers
P.O. Box 29138
Washington, DC 20017-9138

Attn:   Emery Thompson
        Rhonda Sturdavant

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 12-14-05
C. Signature: X Patricia K Pope ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

**Reference Information:** 254-25403

PS Form 3811, January 2005   Domestic Return Receipt