IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o <br> WINDOW CONSULTANTS, INC. <br><br> and <br><br> WINDOW CONSULTANTS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> WESTCHESTER FIRE INSURANCE COMPANY <br><br> and <br><br> J.B. DALCO CORPORATION <br><br> Defendants. | * <br> *    CIVIL NO.: 06-0316 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF SERVICE FOR DEFENDANT, J.B. DALCO CORPORATION

STATE OF MARYLAND,

COUNTY OF BALTIMORE,

TO WIT:

I, Sara R. Jeffries, (the "Affiant"), solemnly swear under the penalties of perjury and upon personal knowledge that the following statements are true:

1. That the Affiant is competent to testify to the facts stated herein.

2. That the Affiant is over eighteen (18) years of age, and is not a party to the above-captioned action.

3. That in providing this Affidavit, the Affiant hereby acknowledges as follows:

RECEIVED
MAR 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A. The Affiant served a copy of a Summons, Complaint, and Exhibits upon Defendant, J.B. Dalco Corporation, by mailing a copy of the Summons, Complaint, and Exhibits via Certified Mail – Return Receipt Requested, to Lennox Lloyd, 6660 Dasher Court, Columbia, Maryland 21045. The original Receipt for Certified Mail is attached hereto as **Exhibit "A"**.

B. Defendant, J.B. Dalco Corporation was legally served with a Summons, Complaint, and Exhibits in the above-entitled action on March 4, 2006, as evidenced by the Certified Mail, Return Receipt attached hereto as **Exhibit "B"**.

**I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE MATTERS AND FACTS HERE AND ABOVE SET FORTH ARE UPON MY PERSONAL KNOWLEDGE AND ARE TRUE.**

_____
Sara R. Jeffries

```
7160 3901 9849 1182 1118
```

**TO:** Lennox Lloyd
6660 Dasher Court
Columbia, MA 21045

**SENDER:** Sender

**REFERENCE:** 254-25403

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 4.20 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 8.45 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

2/28/06


EXHIBIT A

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9849 1182 1118 | A. Received by (Please Print Clearly) **Lloyd** | B. Date of Delivery **3-4-06** |
| | C. Signature X *[signature]* | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type CERTIFIED MAIL | | |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |
| 1. Article Addressed to: Lennox Lloyd 6660 Dasher Court Columbia, MA 21045 | Reference Information 254-25403 Sender | |

PS Form 3811, January 2005     Domestic Return Receipt

**EXHIBIT B**