IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA f/u/o
WINDOW CONSULTANTS, INC.

and

WINDOW CONSULTANTS, INC.

      Plaintiffs,

   v.

WESTCHESTER FIRE INSURANCE COMPANY

and

J.B. DALCO CORPORATION

      Defendants.

CIVIL NO.: 06-0316

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE FOR DEFENDANT, WEST CHESTER FIRE INSURANCE COMPANY

STATE OF MARYLAND,

COUNTY OF BALTIMORE,

TO WIT:

    I, Sara R. Jeffries, (the "Affiant"), solemnly swear under the penalties of perjury and upon personal knowledge that the following statements are true:

    1.    That the Affiant is competent to testify to the facts stated herein.

    2.    That the Affiant is over eighteen (18) years of age, and is not a party to the above-captioned action.

    3.    That in providing this Affidavit, the Affiant hereby acknowledges as follows:

RECEIVED

MAR 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A. The Affiant served a copy of a Summons, Complaint, and Exhibits upon Defendant, West Chester Fire Insurance Company, by mailing a copy of the Summons, Complaint, and Exhibits via Certified Mail – Return Receipt Requested, to Prentice Hall Corporation Systems, Resident Agent, 1090 Vermont Avenue, N.W., Washington, D.C. 20009. The original Receipt for Certified Mail is attached hereto as **Exhibit "A"**.

B. Defendant, West Chester Fire Insurance Company was legally served with a Summons, Complaint, and Exhibits in the above-entitled action on March 13, 2006, as evidenced by the Certified Mail, Return Receipt attached hereto as **Exhibit "B"**.

**I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE MATTERS AND FACTS HERE AND ABOVE SET FORTH ARE UPON MY PERSONAL KNOWLEDGE AND ARE TRUE.**

_____
Sara R. Jeffries

2

```
7160 3901 9849 1182 1125
```

**TO:** Prentice Hall Corporation Systems
Resident Agent
1090 Vermont Avenue, N.W.
Washington, D. 20009

**SENDER:** Sender

**REFERENCE:** 254-25403

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 4.20 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 8.45 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE


2/8/06


EXHIBIT A

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9849 1182 1125 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>Rice                                          3-1-0<br>C. Signature<br>X Rice    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  **CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to:<br><br>Prentice Hall Corporation Systems<br>Resident Agent<br>1090 Vermont Avenue, N.W.<br>Washington, D. 20009 | Reference Information<br><br>254-25403<br><br>Sender |

PS Form 3811, January 2005    Domestic Return Receipt

**EXHIBIT B**