UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>WINDOW CONSULTANTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br>et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 1:06CV00316<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO THE COMPLAINT**

COMES NOW Defendant, Westchester Fire Insurance Company ("Westchester"), by its undersigned counsel, with its Motion to Enlarge the Time to Respond to the Complaint, pursuant to Rule 6(b)(2), and states as follows:

    1.    Plaintiff filed its Complaint on February 21, 2006. Defendant was served by certified mail on March 10, 2006. Defendant's response was due on or before March 30, 2006.

    2.    Plaintiff has consented to allow the Defendant an enlargement of time until April 29, 2006 to file a responsive pleading.

    3.    Accordingly, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, Defendant Westchester seeks the consent of this Court for an enlargement of time until April 29, 2006 to file a responsive pleading.

WHEREFORE, Defendant Westchester Fire Insurance Company respectfully requests that this Honorable Court grant its Motion for an Enlargement of Time until April 29, 2006 to respond to the Complaint.

        Respectfully submitted,

        */s/ Jane Saindon Dudley*
        Jane Saindon Dudley (#459595)
        Gerard P. Sunderland (#390306)
        Whiteford, Taylor & Preston, L.L.P.
        1025 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5405
        (202) 659-6800/(202) 331-0573 (Facsimile)

        Attorneys for Defendant Westchester Fire Insurance Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2006, a copy of the foregoing was sent to:

        Adam C. Harrison, Esquire
        Harrison Law Group
        40 West Chesapeake Avenue
        Suite 600
        Towson, Maryland 21204

        */s/ Jane Saindon Dudley*
        Jane Saindon Dudley

186406