UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) <br> WINDOW CONSULTANTS, INC. ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTCHESTER FIRE INSURANCE COMPANY, ) <br> et al. ) <br> ) <br>     Defendants. ) | Case Number: 1:06CV00316 |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion for Enlargement of Time to Respond to the Complaint; and

THERE BEING no opposition thereto and good cause having been shown; it is

THIS _____ day of _____, 2006

ORDERED, that the Defendant's Motion is GRANTED, and that Westchester Fire Insurance Company shall have until April 29, 2006 to file its responsive pleading.

 

_____
U.S. District Court Judge

Copies to:

Jane S. Dudley, Esquire
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405

Adam C. Harrison, Esquire

Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

*186409*