## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WINDOW CONSULTANTS, INC., et al.    *

    **Plaintiff,**    *

**v.**    *    **Case No. 1:06CV00316**

WESTCHESTER FIRE INSURANCE CO.,  *
  et al.

                         *

    **Defendants.**
                          *

*     *     *     *     *     *     *     *     *     *     *     *

## ANSWER

COMES NOW the Defendant, Westchester Fire Insurance Company ("Westchester"), by counsel, with its Answer to the Complaint filed against it by Window Consultants, Inc., and states:

1.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 1 of the Complaint and, therefore, they are denied.

2.    Admitted.

3.    Admitted.

4.    Paragraph 4 of the Complaint contains jurisdictional allegations to which no response is required.  To the extent a response is required, Westchester denies the allegations of Paragraph 4.

5.    Admitted.

6.      Paragraph 6 of the Complaint contains jurisdictional allegations to which no response is required.  To the extent a response is required, Westchester denies the allegations of Paragraph 6.

7.      Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 7 of the Complaint and thereof, they are denied.

8.      Westchester denies the allegations of Paragraph 8 of the Complaint except to the extent consistent with the Prime Contract, which is the best evidence of what it says.

9.      Westchester denies the allegations of Paragraph 9 of the Complaint except to the extent they are consistent with the Bonds, which are the best evidence of what they say.

10.     Westchester denies the allegations of Paragraph 10 of the Complaint except to the extent consistent with the Subcontract, which is the best evidence of what it says.

11.     Westchester denies the allegations of Paragraph 11  of the Complaint except to the extent consistent with the Change Orders, which are the best evidence of what they say.

12.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 12 of the Complaint and, therefore, they are denied.

13.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 13 of the Complaint and, therefore, they are denied.

14.     Westchester denies the allegations of Paragraph 14 except to the extent consistent with the Notice of Claim, which is the best evidence of what it says.

15.     Westchester incorporates herein its responses to Paragraphs 1-14.

16.     Westchester denies the allegations of Paragraph 16 of the Complaint except to the extent consistent with the terms of the Bonds and applicable law, which are the best evidence of what they say.

17.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 17 of the Complaint and, therefore, they are denied.

18.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 18 of the Complaint and, therefore, they are denied.

19.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 19 of the Complaint and, therefore, they are denied.

20.     Westchester incorporates herein its responses to Paragraphs 1-19.

21.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 21 of the Complaint and, therefore, they are denied.

22.     Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 22 of the Complaint and, therefore, they are denied.

23.    Westchester incorporates herein its responses to Paragraphs 1-22.

24.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 24 of the Complaint and, therefore, they are denied.

25.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 25 of the Complaint and, therefore, they are denied.

26.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 26 of the Complaint and, therefore, they are denied.

27.    Westchester incorporates herein its responses to Paragraphs 1-26.

28.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 28 of the Complaint and, therefore, they are denied.

29.    Westchester is without information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 29 of the Complaint and, therefore, they are denied.

30.    Any allegations not specifically admitted are denied.


## FIRST AFFIRMATIVE DEFENSE

The Plaintiff may have failed to satisfy conditions precedent under the Bonds.


4

SECOND AFFIRMATIVE DEFENSE

The amounts sought are not owed.

THIRD AFFIRMATIVE DEFENSE

The claim may be barred in whole or in part by offset.

FOURTH AFFIRMATIVE DEFENSE

The claim may be barred in whole  or in part by accord and satisfaction.

FIFTH AFFIRMATIVE DEFENSE

The claim may be barred by the doctrine of release.

SIXTH AFFIRMATIVE DEFENSE

The claim may be barred by the doctrine of discharge.

WHEREFORE, having fully answered the allegations of the Complaint

Westchester Fire Insurance Company requests that this Honorable Court dismiss the

Complaint and grant it such  other and further relief as may be justified.

Respectfully submitted,

 /s/  Jane Saindon Dudley
Jane Saindon Dudley (#459595)
Gerard P. Sunderland (#390306)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5404
(202) 659-6800/(202) 331-0573 (facsimile)

*Counsel for Defendant Westchester Fire
Insurance Company*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2006, a true copy of the foregoing was mailed, first-class postage prepaid to:

Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

_/s/   Jane Saindon Dudley_
Jane Saindon Dudley

_186038_

6