UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o )<br>WINDOW CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTCHESTER FIRE INSURANCE )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-316 (RCL) |

## ORDER

Upon consideration of Defendant Westchester Fire Insurance Company's Motion [4] For An Enlargement of Time to respond to the Complaint, it is this hereby

ORDERED that, Defendant's motion [4] is GRANTED, *nunc pro tunc*. It is further

ORDERED that the answer of the Westchester Fire Insurance Company lodged on April 20, 2006, shall be deemed filed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.