UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>WINDOW CONSULTANTS, INC.<br><br>and<br><br>WINDOW CONSULTANTS, INC.<br>      Plaintiffs,<br><br>    v.<br><br>WESTCHESTER FIRE INSURANCE<br>COMPANY<br><br>and<br><br>J.B. DALCO CORPORATION,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0316 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Since proof of service has been filed and defendant J. B. Dalco Corporation has failed to respond, accordingly, it is hereby

ORDERED, that within 10 days of the date of this order plaintiffs shall cause default to be entered by the Clerk and file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed as to J. B. Dalco Corporation without prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

**SIGNED BY ROYCE C. LAMBERTH, U.S. DISTRICT JUDGE ON APRIL 24, 2006**

Case 1:06-cv-00316-RCL    Document 7    Filed 04/24/2006    Page 2 of 2