UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) <br> WINDOW CONSULTANTS, INC. ) <br> ) <br> Plaintiff, ) <br> ) Case No.: 1:06CV00316 <br> v. ) <br> ) <br> JB DALCO, et. al. ) <br> ) <br> Defendants ) | |

**MOTION FOR DEMETRIUS J. PARRISH, JR., ESQUIRE TO APPEAR IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, PRO HAC VICE**

COMES NOW, Defendant, JB Dalco, (JBD) by its undersigned counsel, Lawrence Thrower, Esquire with its Motion to Admit, Demetrius J. Parrish, Jr., Esquire to the United States District Court for the District of Columbia, Pro Hac Vice. In support of its Motion, Defendant avers as follows:

1. Defendant's Counsel, Lawrence A. Thrower is a member of the bar for the United States District Court for the District of Columbia number 473875.

2. Demetrius J. Parrish, Jr., Esquire is a member of the Pennsylvania Bar and the New Jersey Bar in good standing.

3. Mr. Parrish, additionally is admitted to practice in the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

4. Mr. Parrish is Defendant's in house counsel and is intimately familiar with the proceedings of the instant litigation and his participation is essential to preparing Defendant, JBD's defense.

WHEREFORE, Defendant seeks Demetrius J. Parrish, Jr., Esquire's admission Pro Hac Vice to the United States District Court for the District of Columbia.

Respectfully Submitted:

/s/ Lawrence A. Thrower
Lawrence A. Thrower, Esq.
1229 15th Street, NW
Washington, DC 20005
202-234-0000
202-234-8833 (fax)

/s/Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
1616 Walnut Street, Ste. 700
Philadelphia, Pa. 19103
215-735-3377
215-827-5420 (fax)