IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>WINDOW CONSULTANTS, INC.<br>8G Music Fair Rd.<br>Owings Mills, Md. 21117 | :<br><br><br>: Civil No.: 06CV00316 |
| And | : |
| WINDOW CONSULTANTS, INC.<br>8G Music Fair Rd.<br>Owings Mills, Md. 21117<br>         Plaintiffs | <br><br>:<br>  |
|          v. | : |
| WESTCHESTER FIRE INSURANCE CO.<br>1601 Chestnut Street, 2 Liberty Place<br>Philadelphia, Pa. 19103 | :<br><br>  |
| And | : |
| J.B. Dalco Corporation<br>9090 Junction Drive, Ste. 6<br>Annapolis, Md. 20701<br>         Defendants | <br><br><br>: |

## **PRO HAC VICE DECLARATION**

     I, Demetrius John Parrish, Jr., do hereby declare the following:

1.  I am admitted to practice law in the Commonwealth of Pennsylvania and the State of New Jersey in good standing.

2.  I maintain law offices at 1616 Walnut Street, Ste. 700, Philadelphia, Pa. 19103, 215-735-3377 and at 2428 Rt. 38, Avenues of Commerce, Ste. 209, Cherry Hill, NJ 08002, 856-910-1100.

3. In the last two (2) years I have not been admitted to the United States District Court for the District of Columbia for any reason.

4. I hereby certify that I have never been disciplined by any bar.

5. I am not a member of the District of Columbia Bar nor do I practice from law from an office located in the District of Columbia.

Date: April 24, 2006              /s/Demetrius J. Parrish, Jr.
                                  Demetrius J. Parrish, Jr., Esquire
                                  1616 Walnut Street, Ste. 700
                                  Philadelphia, Pa. 19103
                                  215-735-3377
                                  215-827-5420 (fax)