# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) <br> WINDOW CONSULTANTS, INC. ) <br> ) <br>     Plaintiff, ) <br> ) Case No.: 1:06CV00316 <br>   v. ) <br> ) <br> JB DALCO, et. al. ) <br> ) <br>     Defendants ) | |

## **ORDER**

AND NOW, upon consideration of Defendant's Motion to Admit, Demetrius J. Parrish, Jr., Esquire to the United States District Court for the District of Columbia, Pro Hac Vice and any response thereto,

And good cause having been shown; it is THEREFORE

THIS _____ day of _____, 2006 ORDERED that Defendant's Motion is GRANTED and that Demetrius J. Parrish, Jr., Esquire shall be admitted to the United States District Court for the District of Columbia, PRO HAC VICE.

 

_____
U.S. DISTRICT COURT JUDGE

Copies sent to:

Lawrence Thrower
1229 15th Street, NW
Washington, DC 20005

Demetrius J. Parrish, Jr., Esquire
1616 Walnut Street, Ste. 700
Philadelphia, Pa. 19103

Jane S. Dudley, Esquire
Whiteford, Taylor & Preston, L.L.P
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue, Ste. 600
Towson, MD 21204