IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** **WINDOW CONSULTANTS, INC.** | * |
| and | *    **CIVIL NO.: 1:06CV00316** |
| **WINDOW CONSULTANTS, INC.** | * |
| Plaintiffs, | * |
| v. | * |
| **WESTCHESTER FIRE INSURANCE COMPANY** | * |
| and | * |
| **J.B. DALCO CORPORATION** | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR ENTRY OF DEFAULT**

To:    Nancy Mayer Whittington, Clerk
       United States District Court for the District of Columbia

      Pursuant to this Court's April 24, 2006 Order and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter a default as to Defendant, J.B. Dalco Corporation for its failure to plead or otherwise defend as appears from the attached Affidavit.

Respectfully submitted,

/s/ Adam C. Harrison
ADAM C. HARRISON Federal Bar No. 435517

HARRISON LAW GROUP
40 West Chesapeake Avenue, Suite 600
Towson, Maryland  21204
Telephone: (410) 832-0000
Facsimile: (410) 832-9929

**Attorneys For Plaintiffs The United States of America f/u/o Window Consultants, Inc., and Window Consultants, Inc.**

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 25th day of April, 2006, that a copy of the Request for Entry of Default was mailed, postage pre-paid to:

>Jane Saindon Dudley, Esquire
>Gerard P. Sunderland
>Whiteford, Taylor & Preston L.L.P.
>1025 Connecticut Avenue, N.W.
>Suite 400
>Washington, D.C. 20036
>
>and
>
>Lawrence A. Thrower, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005
>
>and
>
>Demetrius J. Parrish, Esquire
>1616 Walnut Street
>Suite 700
>Philadelphia, Pennsylvania 19103

>/s/ Adam C. Harrison