# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o WINDOW CONSULTANTS, INC. and WINDOW CONSULTANTS, INC. Plaintiffs, v. WESTCHESTER FIRE INSURANCE COMPANY and J.B. DALCO CORPORATION Defendants. | * * CIVIL NO.: 1:06CV00316 * * * * * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JEFFREY S. ROSENFELD

STATE OF MARYLAND,

COUNTY OF BALTIMORE,

TO WIT:

I, Jeffrey S. Rosenfeld, (the "Affiant"), solemnly swear under the penalties of perjury and upon personal knowledge that the following statements are true:

1. That the Affiant is competent to testify to the facts stated herein.

2. That the Affiant is over eighteen (18) years of age, and is not a party to the above-captioned action.

3. That in providing this Affidavit, the Affiant hereby acknowledges as follows:



A.  Affiant is an attorney at the law firm of Harrison Law Group, which serves as legal counsel to Plaintiff Window Consultants, Inc. ("Window Consultants").

B.  On March 4, 2006, Defendant J.B. Dalco Corporation ("J.B. Dalco") was served via certified mail with the Summons and Complaint in the above-captioned action. An affidavit of Service was filed with the Court on March 15, 2006.

C.  Although J.B. Dalco's Answer was due on or before March 24, 2006, J.B. Dalco failed to timely file its Answer prior to that date.

D.  On March 30, 2006, after the filing deadline had already expired, Demetrius J. Parrish, counsel for J.B. Dalco, requested an extension of time of 20 days for the filing of the Answer. Mr. Parrish was told that the extension would be granted but that Mr. Parrish would be responsible for filing a Line or an appropriate Motion with the Court. No such Line or Motion was ever filed by Mr. Parrish or by anybody on behalf of J.B. Dalco.

E.  Although Window Consultants agreed to extend the deadline for J.B. Dalco's Answer to March 19, 2006, which Mr. Parrish and/or J.B. Dalco failed to formalize by filing a Line or Motion, J.B. Dalco failed to file its Answer prior to the agreed upon date.

F.  On March 24, 2006, Mr. Parrish left a voicemail for the undersigned seeking yet another extension of time to file its Answer. This request has been denied by Window Consultants.

G.  Upon information and belief, Defendant, J.B. Dalco, is neither an infant nor an incompetent persons; and

H.  Upon further information and belief, Defendant, J.B. Dalco, is not in the military service within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. App. § 501 et. seq.

2

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE:

_____
Jeffrey S. Rosenfeld

I HEREBY CERTIFY that on this 25th day of April, 2006, before me, the subscriber, a Notary Public in and for the State of Maryland, personally appeared Jeffrey S. Rosenfeld, and made oath in due form of law under penalties of perjury that the matters and facts here and above set forth are upon her personal knowledge and are true.

_____
NOTARY PUBLIC

My commission expires: _____ (SEAL)

SARA R. JEFFRIES
NOTARY PUBLIC
CITY OF BALTIMORE
MARYLAND
My Commission Expires Sept. 20, 2008

3