IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** <br> **WINDOW CONSULTANTS, INC.** <br><br> and <br><br> **WINDOW CONSULTANTS, INC.** <br><br>       Plaintiffs, <br><br>   v. <br><br> **WESTCHESTER FIRE INSURANCE COMPANY** <br><br> and <br><br> **J.B. DALCO CORPORATION** <br><br>       Defendants. | * <br> *   **CIVIL NO.: 1:06CV00316 RCL** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Window Consultants, Inc. ("Window Consultants") by its attorneys, Adam C. Harrison, and Harrison Law Group, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and pursuant to this Court's April 24, 2006 Order in the above-captioned action, moves for entry of a default judgment against Defendant, J.B. Dalco Corporation ("J.B. Dalco"), and for its reasons, says:

1. On or about February 21, 2006, Window Consultants' Complaint was filed in the above-captioned action, in which it sought, among other relief, damages against J.B. Dalco in the amount of Two Hundred Eight Thousand Six Hundred Seventy-Six Dollars and No Cents ($208,676.00), plus interest and costs.

2.      On March 4, 2006, Defendant J.B. Dalco was served via certified mail with the Summons and Complaint in the above-captioned action. An affidavit of Service was filed with the Court on March 15, 2006.

3.      Although J.B. Dalco's Answer was due on or before March 24, 2006, J.B. Dalco failed to timely file its Answer prior to that date.

4.      On March 30, 2006, after the filing deadline had already expired, Demetrius J. Parrish, counsel for J.B. Dalco, requested an extension of time of 20 days for the filing of the Answer. Mr. Parrish was told by Window Consultants' counsel that the extension would be granted but that Mr. Parrish would be responsible for filing a Line or an appropriate Motion with the Court. No such Line or Motion was ever filed by Mr. Parrish or by anybody on behalf of J.B. Dalco.

5.      Although Window Consultants agreed to extend the deadline for J.B. Dalco's Answer to March 19, 2006, which Mr. Parrish and/or J.B. Dalco failed to formalize by filing a Line or Motion, J.B. Dalco failed to file its Answer prior to the agreed upon date.

6.      On March 24, 2006, Mr. Parrish left a voicemail for the undersigned seeking yet another extension of time to file its Answer. This request has been denied by Window Consultants.

7.      On April 24, 2006, the Court ordered Window Consultants to "cause default to be entered by the Clerk and file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed as to J.B. Dalco Corporation without prejudice pursuant to Local Civil Rule 83.23."

8.      Accordingly, on April 25, 2006, Window Consultants filed a Request for Entry of Default, and the Clerk entered a default against J.B. Dalco on April 27, 2006.

9.      As stated in the Affidavit of Steve Downing, President of Window Consultants, Window Consultants provided J.B. Dalco with custom manufactured windows for a construction project known as "Beers Elementary School and Jefferson Junior High School" (the "Project"). A copy

2

of the Affidavit of Steve Downing is attached hereto and incorporated by reference herein as **Exhibit "A"**. As further stated in the Affidavit of Steve Downing, the principal balance of Two Hundred Eight Thousand Six Hundred Seventy-Six Dollars and No Cents ($208,676.00) remains due and owing to Window Consultants in connection with the Project.  See Exhibit "A".

10. As stated in the Affidavit of Steve Downing, Defendant, J.B. Dalco, is neither an infant nor an incompetent persons, nor is J.B. Dalco in the military service within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. App. § 501 et. seq.  See Exhibit "A".

WHEREFORE, for the foregoing reasons, Window Consultants, Inc. respectfully requests this Honorable Court to enter a default judgment against Defendant, J.B. Dalco Corporation in the amount of Two Hundred Eight Thousand Six Hundred Seventy-Six Dollars and No Cents ($208,676.00), plus interest and court costs.

Respectfully submitted,

/s/ Adam C. Harrison
ADAM C. HARRISON Federal Bar No. 435517

HARRISON LAW GROUP
40 West Chesapeake Avenue, Suite 600
Towson, Maryland  21204
Telephone: (410) 832-0000
Facsimile: (410) 832-9929

**Attorneys For Plaintiffs The United States of America f/u/o Window Consultants, Inc., and Window Consultants, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 28th day of April, 2006, that a copy of the Motion for Default Judgment was mailed, postage pre-paid to:

>Jane Saindon Dudley, Esquire
>Gerard P. Sunderland
>Whiteford, Taylor & Preston L.L.P.
>1025 Connecticut Avenue, N.W.
>Suite 400
>Washington, D.C. 20036
>
>and
>
>Lawrence A. Thrower, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005
>
>and
>
>Demetrius J. Parrish, Esquire
>1616 Walnut Street
>Suite 700
>Philadelphia, Pennsylvania 19103

>/s/ Adam C. Harrison