IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o WINDOW CONSULTANTS, INC. | * |
| | *    CIVIL NO.: 1:06CV00316 RCL |
| and | * |
| WINDOW CONSULTANTS, INC. | * |
| Plaintiffs, | * |
| v. | * |
| WESTCHESTER FIRE INSURANCE COMPANY | * |
| and | * |
| J.B. DALCO CORPORATION | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF STEVE DOWNING

STATE OF MARYLAND,

COUNTY OF BALTIMORE,

TO WIT:

I, Steve Downing, (the "Affiant"), solemnly swear under the penalties of perjury and upon personal knowledge that the following statements are true:

1. That the Affiant is competent to testify to the facts stated herein.

2. That the Affiant is over eighteen (18) years of age, and is not a party to the above-captioned action.

3. That in providing this Affidavit, the Affiant hereby acknowledges as follows:


EXHIBIT A

A. Affiant is President of Plaintiff Window Consultants, Inc. ("Window Consultants").

B. Defendant J.B. Dalco Corporation ("J.B. Dalco") served as the general contractor for the United States of America, by and through the United States Army Corps of Engineers (the "Owner"), for two schools known as the "Beers Elementary School and Jefferson Junior High School" (the "Project") and located in the District of Columbia.

C. In or around September 29, 2004, J.B. Dalco and Window Consultants entered into a purchase order subcontract agreement (the "Subcontract"), pursuant to which Window Consultants agreed to provide one lot of custom manufactured Traco aluminum windows at the Project and provide related subcontracting services for the price of Nine Hundred Eighty-Five Thousand Dollars and No Cents ($985,000.00) (the "Subcontract Price").

D. Throughout the course of Window Consultants' performance of its obligations under the Subcontract, change orders were issued to Window Consultants which increased the Subcontract Price to One Million Seven Thousand Four Hundred Twenty-Six Dollars and No Cents ($1,007,426.00).

E. Window Consultants has not received full payment for its work on the Project, and the principal balance of Two Hundred Eight Thousand Six Hundred Seventy-Six Dollars and No Cents ($208,676.00) remains due and owing to Window Consultants.

F. Upon information and belief, Defendant, J.B. Dalco, is neither an infant nor an incompetent persons; and

G. Upon further information and belief, Defendant, J.B. Dalco, is not in the military service within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. App. § 501 et. seq.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE:

_____
Steve Downing

I HEREBY CERTIFY that on this 25th day of April, 2006, before me, the subscriber, a Notary Public in and for the State of Maryland, personally appeared Steve Downing, and made oath in due form of law under penalties of perjury that the matters and facts here and above set forth are upon her personal knowledge and are true.

_____
NOTARY PUBLIC

My commission expires: 

Nathan Fischer, Notary Public
Harford County
State of Maryland
My Commission Expires July 01, 2006

3