IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** **WINDOW CONSULTANTS, INC.** | * |
| | *   **CIVIL NO.: 1:06CV00316 RCL** |
| and | * |
| **WINDOW CONSULTANTS, INC.** | * |
| Plaintiffs, | * |
| v. | * |
| **WESTCHESTER FIRE INSURANCE COMPANY** | * |
| and | * |
| **J.B. DALCO CORPORATION** | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff, Window Consultants, Inc.'s Motion for Default Judgment, and upon good cause being shown, it is this _____ day of _____, 2006 hereby

ORDERED, that Plaintiff, Window Consultants, Inc.'s Motion for Default Judgment is hereby GRANTED, and it is further

ORDERED, that default judgment is hereby entered against Defendant, J.B. Dalco Corporation in favor of Window Consultants, Inc. in the amount of Two Hundred Eight Thousand Six Hundred Seventy-Six Dollars and No Cents ($208,676.00), plus interest and court costs.

_____
The Honorable Royce C. Lamberth
United States District Court for the District of Columbia