## VERIFICATION

I, Tanya Redcross-Smith, am the Vice President of JB Dalco Corporation and I have reviewed the attached Answer and Counterclaim to Plaintiff's Complaint. Under penalty of law, I hereby verify that the facts contained therein are true and correct to best of my knowledge and belief.

Tanya Redcross-Smith
Vice President, JB Dalco Corporation