IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o WINDOW CONSULTANTS, INC.** | * |
| and | *    **CIVIL NO.: 1:06CV00316 RCL** |
| **WINDOW CONSULTANTS, INC.** | * |
|       Plaintiffs, | * |
|   v. | * |
| **WESTCHESTER FIRE INSURANCE COMPANY** | * |
| and | * |
| **J.B. DALCO CORPORATION** | * |
|       Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendant, J.B. Dalco Corporation's Motion to Vacate Default, Memorandum of Points and Authorities in support thereof, Plaintiff, Window Consultants, Inc.'s Memorandum of Points and Authorities in opposition thereto, and upon good cause being shown, it is this _____ day of _____, 2006 hereby

ORDERED, that Plaintiff, J.B. Dalco Corporation's Motion to Vacate Default is hereby DENIED.

_____
The Honorable Royce C. Lamberth
United States District Court for the District of Columbia