## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** ) | |
| **WINDOW CONSULTANTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-316 (RCL)** |
| ) | |
| **WESTCHESTER FIRE INSURANCE** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of Defendant's Motion [8] to Admit, Demetrius J. Parrish, Jr.,

Esquire to the United States District Court for the District of Columbia, Pro Hac Vice and any

response thereto, and good cause having been shown; it is hereby

ORDERED that Defendant's Motion is GRANTED and that Demetrius J. Parrish, Jr.,

Esquire shall be admitted to the United States District Court for the District of Columbia, *pro*

*hac vice*.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.