# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** ) | |
| **WINDOW CONSULTANTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-316 (RCL)** |
| ) | |
| **WESTCHESTER FIRE INSURANCE** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

Default was entered herein against defendant J.B. Dalco Corporation on April 27, 2006. The following day, J.B. Dalco Corporation moved to vacate the default and lodged an answer.

Because of the strong preference for resolution of judicial disputes on their merits, the Court hereby ORDERS:

1. Plaintiff's Motion [12] for Default Judgment is DENIED.

2. Defendant J.B. Dalco Corporation's Motion [13] to Vacate Default is GRANTED, and the default entered by the Clerk on April 27, 2006, is hereby VACATED.

3. Defendant J.B. Dalco Corporation's Answer and Counterclaim shall be filed this date. Response to the Counterclaim is due in 10 days.

4. All Defendants have filed answers. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.