IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** **WINDOW CONSULTANTS, INC.** | * |
| | *    **CIVIL NO.: 1:06CV00316 RCL** |
| and | |
| | * |
| **WINDOW CONSULTANTS, INC.** | |
| | * |
|        Plaintiffs and Counter-Defendant, | |
| | * |
|    v. | |
| | * |
| **WESTCHESTER FIRE INSURANCE COMPANY** | |
| | * |
| and | |
| | * |
| **J.B. DALCO CORPORATION** | |
| | * |
|        Defendants and Counter-Plaintiff. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO COUNTERCLAIM

Plaintiff and Counter-Defendant, Window Consultants, Inc. ("Window Consultants") by its attorneys, Adam C. Harrison, and Harrison Law Group, in opposition to Defendant, J.B. Dalco Corporation's ("J.B. Dalco") Counterclaim states as follows:

1.     Window Consultants admits the allegations of Paragraph 1 of the Counterclaim to the extent that they suggest that Window Consultants entered into a purchase order contract with J.B. Dalco. In further response, Window Consultants denies the allegations of Paragraph 1 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

2.     Window Consultants denies the allegations of Paragraph 2 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

3. Window Consultants denies the allegations of Paragraph 3 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

4. Window Consultants denies the allegations of Paragraph 4 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

5. Denied.

## COUNT I
### (Action for Liquidated Damages for Delay)

6. Window Consultants incorporates by reference its responses to Paragraphs 1 through 5 of the Counterclaim.

7. Window Consultants denies the allegations of Paragraph 7 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

8. Denied.

9. Window Consultants denies the allegations of Paragraph 9 of the Counterclaim as they attempt to restate the terms of documents, which are the best evidence of their content.

## COUNT II
### (Breach of Contract)

10. Window Consultants incorporates by reference its responses to Paragraphs 1 through 8 [sic] of the Counterclaim.

11. Denied.

12. Denied.

13. Denied.

## COUNT III
### (Breach of the Duty of Good Faith and Far [sic] Dealing)

14. Window Consultants incorporates by reference its responses to Paragraphs 1 through 13 of the Counterclaim.

15. Denied.

**AFFIRMATIVE DEFENSES**

1. J.B. Dalco fails to state a claim upon which relief can be granted.

2. J.B. Dalco's claims are barred by accord and satisfaction.

3. J.B. Dalco's claims are barred by duress.

4. J.B. Dalco's claims are barred by estoppel.

5. J.B. Dalco's claims are barred by fraud.

6. J.B. Dalco's claims are barred by release.

7. J.B. Dalco's claims are barred by waiver.

8. J.B. Dalco's claims are barred by the doctrine of unclean hands.

9. J.B. Dalco caused the damages it seeks from WCS.

10. A party/parties not currently joined in the above-captioned matter caused the damages J.B. Dalco seeks to recover from WCS.

11. J.B. Dalco materially breached the Contract that it seeks to enforce against WCS.

12. J.B. Dalco failed to mitigate its damages.

WHEREFORE, Window Consultants, Inc. respectfully requests that the Counterclaim be dismissed, with prejudice, with costs to be paid by J.B. Dalco Corporation.

Respectfully submitted,

/s/ Adam C. Harrison
ADAM C. HARRISON Federal Bar No. 435517

HARRISON LAW GROUP
40 West Chesapeake Avenue, Suite 600
Towson, Maryland 21204
Telephone: (410) 832-0000
Facsimile: (410) 832-9929

**Attorneys for Plaintiffs and Counter-Defendant The United States of America f/u/o Window Consultants, Inc., and Window Consultants, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 7th day of June, 2006, that a copy of the Answer to Counterclaim was mailed, postage pre-paid to:

Jane Saindon Dudley, Esquire
Gerard P. Sunderland
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

and

Lawrence A. Thrower, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005

and

Demetrius J. Parrish, Esquire
1616 Walnut Street
Suite 700
Philadelphia, Pennsylvania 19103


                          /s/ Adam C. Harrison