IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>WINDOW CONSULTANTS, INC.<br><br>and<br><br>WINDOW CONSULTANTS, INC.<br><br>      Plaintiffs and Counter-Defendant,<br><br>   v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY<br><br>and<br><br>J.B. DALCO CORPORATION<br><br>      Defendants and Counter-Plaintiff. | *<br>*   CIVIL NO.: 1:06CV00316 RCL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR ADMISSION PRO HAC VICE
OF JEFFREY S. ROSENFELD, ESQUIRE**

Plaintiff and Counter-Defendant, Window Consultants, Inc. ("Window Consultants") by its attorneys, Adam C. Harrison and Harrison Law Group, moves to admit Jeffrey S. Rosenfeld, Esquire to the United States District Court for the District of Columbia Pro Hac Vice and in support of its Consent Motion hereby states as follows:

    1.    Plaintiff and Counter-Defendant's counsel, Adam C. Harrison, is a member of the bar for the United States District Court for the District of Columbia.

    2.    Jeffrey S. Rosenfeld, Esquire is a member of the Maryland Bar and the United States District Court for the District of Maryland in good standing.

    3.    Westchester Fire Insurance Co. and J.B. Dalco Corporation have consented to this Motion.

4. In support of this Consent Motion, Plaintiff and Counter-Defendant attaches hereto and incorporates by reference herein as **Exhibit "A"** the Declaration of Jeffrey S. Rosenfeld, Esquire in Support of Admission Pro Hac Vice to the Bar of the United States District Court for the District of Columbia.

WHEREFORE, Plaintiff and Counter-Defendant Window Consultants, Inc., with the consent of Westchester Fire Insurance Co. and J.B. Dalco Corporation, seeks Jeffrey S. Rosenfeld, Esquire's admission Pro Hac Vice to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Adam C. Harrison
ADAM C. HARRISON Federal Bar No. 435517

HARRISON LAW GROUP
40 West Chesapeake Avenue, Suite 600
Towson, Maryland 21204
Telephone: (410) 832-0000
Facsimile: (410) 832-9929

**Attorneys for Plaintiffs and Counter-Defendant The United States of America f/u/o Window Consultants, Inc., and Window Consultants, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 19th day of June, 2006, that a copy of the Consent Motion for Admission Pro Hac Vice of Jeffrey S. Rosenfeld was mailed, postage pre-paid to:

>Jane Saindon Dudley, Esquire
>Gerard P. Sunderland
>Whiteford, Taylor & Preston L.L.P.
>1025 Connecticut Avenue, N.W.
>Suite 400
>Washington, D.C. 20036

>and

>Lawrence A. Thrower, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005

>and

>Demetrius J. Parrish, Esquire
>1616 Walnut Street
>Suite 700
>Philadelphia, Pennsylvania 19103

/s/ Adam C. Harrison