IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** **WINDOW CONSULTANTS, INC.** | * |
| | *    **CIVIL NO.: 1:06CV00316 RCL** |
| and | * |
| **WINDOW CONSULTANTS, INC.** | * |
| Plaintiffs and Counter-Defendant, | * |
| v. | * |
| **WESTCHESTER FIRE INSURANCE COMPANY** | * |
| and | * |
| **J.B. DALCO CORPORATION** | * |
| Defendants and Counter-Plaintiff. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF JEFFREY S. ROSENFELD, ESQUIRE IN SUPPORT
OF CONSENT MOTION FOR ADMISSION PRO HAC VICE**

Jeffrey S. Rosenfeld, Esquire, makes the following certified statement in support of the attached Consent Motion for Admission Pro Hac Vice, in the above-captioned matter.

1. I am a member of the Maryland Bar and of the United States District Court for the District of Maryland.

2. I was first admitted to the practice of law in 1994.

3. I am a member in good standing before the Bar of every court to which I have been admitted.

4. I am an attorney with the firm of Harrison Law Group in Towson, Maryland.

5. In the last two (2) years I have not been admitted to the United States District Court for the District of Columbia for any reason.

6. I am not a member of the District of Columbia Bar nor do I practice from law from an office located in the District of Columbia.

7. I am fully familiar with the above-captioned matter.

**EXHIBIT "A'**

8. As an attorney at Harrison Law Group, I am counsel of choosing of the Plaintiff and Counter-Defendant in the above-captioned case.

9. There are no disciplinary actions pending against me in any jurisdiction.

10. I have familiarized myself with the Local Rules of the United States District Court for the District of Columbia.

11. I understand that if I am admitted Pro Hac Vice, I will be subject to the discipline of this Court.

12. I therefore request, on behalf of the Plaintiff and Counter-Defendant, that I be admitted Pro Hac Vice for the purpose of representing the Plaintiff in this matter in association with Adam C. Harrison of Harrison Law Group.

13. I certify that the foregoing statement made by me is true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: June 19, 2006                     /s/ Jeffrey S. Rosenfeld
                                        JEFFREY S. ROSENFELD

                                        HARRISON LAW GROUP
                                        40 West Chesapeake Avenue, Suite 600
                                        Towson, Maryland 21204
                                        Telephone: (410) 832-0000
                                        Facsimile: (410) 832-9929

2