UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** ) <br> **WINDOW CONSULTANTS, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **WESTCHESTER FIRE INSURANCE** ) <br> **COMPANY, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 06-316 (RCL)** |

**ORDER**

Upon consideration of Plaintiff's Motion [19] to Admit, Jeffrey S. Rosenfeld, Esquire to the United States District Court for the District of Columbia, *Pro Hac Vice* and any response thereto, and good cause having been shown; it is hereby

ORDERED that Plaintiff's Motion is GRANTED and that Jeffrey S. Rosenfeld, Esquire shall be admitted to the United States District Court for the District of Columbia, *pro hac vice*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 19, 2006.