UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) <br> WINDOW CONSULTANTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTCHESTER FIRE INSURANCE ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-316 (RCL) |

## ORDER

Upon consideration of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is hereby ORDERED that the parties shall abide by the following dates, deadlines and limitations:

1. Initial disclosures authorized under Fed.R.Civ.P. 26(a)(1) shall be served by July 14, 2006.

2. The parties shall join any necessary parties and/or amend their pleadings by July 31, 2006.

3. Each party will produce initial expert reports, if any, required by Fed.R.Civ.P. 26(a)(2) by August 31, 2006. Rebuttal expert reports, if any, will be produced by September 30, 2006.

4. Discovery shall conclude by November 30, 2006.

5. Dispositive motions shall be filed by December 31, 2006.

6. A status conference will be held after decisions on any dispositive motions. The pretrial and trial dates shall be set at the status conference.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 30, 2006.