U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINDOW CONSULTANTS, INC., et al.** | * |
| Plaintiff, | * |
| v. | *    Case No. 1:06CV00316 |
| **WESTCHESTER FIRE INSURANCE CO., et al.** | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \*    \* \* \* \* \*

## DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S RULE 26(a) DISCLOSURES

COMES NOW Westchester Fire Insurance Company "Westchester") by its undersigned counsel, with its Rule 26(a) initial disclosures and states:

**A.    Witnesses**

As for witnesses, Westchester has identified the following people as potential witnesses based on its files regarding this project:

Steve Downing, Window Consultants, Inc., 7 Shadywoods Court, Owings Mills, Maryland 21117; Howard Cooperman, Window Consultants, Inc., 7 Shadywoods Court, Owings Mills, Maryland 21117; Wattuna Pitaksaringcarn, J.B. Dalco Corporation, P. O. Box 67, Annapolis Junction, Maryland 20701; Paul Smith, J.R. Dalco Corporation, P. O. Box 67, Annapolis Junction, Maryland 20701; Emery Thompson, U.S. Army Corps of Engineers, P.O. Box 29138, Washington, D.C.  20017-9138; Rhonda Sturdarant, U.S. Army Corps of Engineers, P.O. Box 29138, Washington, D.C.  20017-9138

Upon information and belief, the foregoing individuals have first-hand knowledge of the Project.

Westchester also anticipates the following witnesses to testify on its behalf: John J. Mangan Jr., ACE USA, Claims Dept., Routing WA10A, 436 Walnut Street, Philadelphia, PA 19106; David T. Necker, P.E., Surety Consultants, Inc., 3913 Pinedale Drive, Baltimore, Maryland 21236.

As for Westchester's witnesses, Mr. Necker is expected to testify regarding his investigation and analysis of the Plaintiff's claim.

### B.     Documents

The claim file and other documents related to the Project involved in this case will be available for inspection at the offices of Westchester's counsel in Washington, D.C.

### C.     DAMAGES

Westchester has no information to disclose in this category.

### D.     INSURANCE AGREEMENT

A copy of the payment bond is in the possession and custody of the plaintiff and is also available for inspection in the offices of counsel for Westchester in Washington, D.C.

Respectfully submitted,

 /s/  Jane Saindon Dudley
Jane Saindon Dudley (#459595)
Gerard P. Sunderland (#390306)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20036-5404
(202) 659-6800/(202) 331-0573 (facsimile)

*Counsel for Defendant Westchester Fire Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2006, a true copy of the foregoing was mailed, first-class postage prepaid to:

Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

Lawrence A. Thrower, Esquire
1229 15th Street, N.W.
Washington, D.C.  20005

Demetrius J. Parrish, Esquire
1616 Walnut Street
Suite 700
Philadelphia, Pennsylvania 19103

                                   */s/   Jane Saindon Dudley*
                                    Jane Saindon Dudley

*189657*