# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** : <br> **WINDOW CONSULTANTS, INC.** <br> 8G Music Fair Rd. <br> Owings Mills, Md. 21117 | : **Civil No.: 06CV00316** |
| And | : |
| **WINDOW CONSULTANTS, INC.** <br> 8G Music Fair Rd. <br> Owings Mills, Md. 21117 | : |
|     **Plaintiffs and Counter-claim Defendant,** | |
| v. | : |
| **WESTCHESTER FIRE INSURANCE CO.** <br> 1601 Chestnut Street, 2 Liberty Place <br> Philadelphia, Pa. 19103 | : |
| | : |
| And | |
| **J.B. Dalco Corporation** <br> 9090 Junction Drive, Ste. 6 <br> Annapolis, Md. 20701 | : |
|     **Defendant and Counter-claim Plaintiff** | : |

## DEFENDANT AND COUNTERCLAIM PLAINTIFF, J.B. DALCO CORPORATION'S INITIAL DISCLOSURES

Defendant and Counter-claim Plaintiff, JB DALCO Corporation (hereinafter referred to as DALCO) by and through its undersigned counsel, hereby makes the following initial disclosures, pursuant to Fed.R.Civ. 26(a)(1).

### A. Individuals Likely To Have Discoverable Information.

**Tanya Redcross- Smith**
15823 Thompson Road
Silver Spring, MD 20905
Home: (301)-879-1755
Cell: (202)-369-1301

      JB Dalco Vice President/Project Manager, upon information and belief has knowledge of the contract, scope of work and difficulties installing the windows as a direct result of Window Consultants failure to perform field measurements

**Paul Smith**
15823 Thompson Road
Silver Spring, MD 20905
Home: (301)-879-1755
Cell: (202)-369-1301

      JB Dalco President/Project Manager, upon information and belief has knowledge of the contract, scope of work and difficulties installing the windows as a direct result of Window Consultants failure to perform field measurements

**Bruce Harris**
14405 Culp Court
Silver Spring, MD 20905
Home:
Cell: (301)-873-1295

      JB Dalco's superintendent.   Upon information and belief has knowledge of the difficulties installing the windows as a direct result of  Window Consultants failure to perform field measurements.

**Dwight Bullard**
9180 Moonshine Hollow #K
Laurel, MD 20723
Phone: (301)-498-1325
Cell: (480)-227-3160

      JB Dalco's site supervisor.  Upon information and belief has knowledge of the difficulties installing the windows as a direct result of Window Consultants failure to perform field measurements.

**Walter Hicks**
3528 Cypress Pond Drive
Charlotte, NC 00826-9000
Phone: (704)-777-4885

      Window installer hired by JB Dalco to install windows at both sites.  Upon information and belief has knowledge of the difficulties installing the windows as a direct result of Window Consultants failure to perform field measurements.

**Kevin Taylor**
16155 Brook Mead Ct.

Upper Marlboro MD 20772
Cell: (267) 455-8331

JB Dalco employee. Upon information and belief has knowledge of the difficulties installing the windows as a direct result of Window Consultants failure to perform field measurements.

**Sherrod Jefferson**
3700 N Capital St. NW
Sherman Bldg. North 1st floor
Washington, DC 20317-9138
Project Manager – Army Corps of Engineers
Phone: 202-730-3746
Cell: 202-345-7569

Reviewed windows at the job-site and concluded that the Army Corps of Engineers could not allow the gym windows, as provided by Window Consultants, to be installed because they were the wrong size.

**Derica Butler**
3700 N Capital St. NW
Sherman Bldg. North 1st floor
Washington, DC 20317-9138
Project Engineer
Phone: 202-730-3746
Cell: 202-369-6274

Replaced Emery Thompson on the project. Upon information and belief has knowledge of the difficulties installing the windows.

**Carr Construction Associates, LLC**
**William A Carr (CEO)**

**Main Office**
21 Orion Way
Sewell, NJ 08080
856-582-4250 V
856-582-4252 F

**Field Office**
14564 Brookville Boulevard, Suite 2
Rosedale, NY 11422
718-723-1110 V
718-723-1170 F

Window installer/subcontractor.  Upon information and belief, has knowledge of

the sequence of installing windows at the Beers and Jefferson Schools.

**B.  Description of Documents.**

      J.B. Dalco's entire project file is in its possession at its corporate office at 9090 Junction Drive, Annapolis, Md.

**C. Computation of Damages.**

| Actual Labor Costs : | $ 397, 321.79 |
| --- | --- |
| Contract Labor Costs: | $ 180,000.00 |
| Additional Labor | $ 217, 321.79 |

      Costs for Equipment, Material Costs, Delay and Consequential Damages have not yet been calculated.

**D. Insurance Agreements.**

      J.B. Dalco's Surety Bond is provided by co-defendant, West Chester Fire Insurance Company.

Respectfully Submitted,

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
1616 Walnut Street, Ste. 700
Philadelphia, Pa. 19103
(215) 735-3377 / Fax: (215) 827-5420
Email: djp711@aol.com

/s/Lawrence Thrower
Lawrence Thrower, Esquire
229 15th Street, NW
Washington, DC 20005
(202) 243-0000 /Fax: (202) 234-8833
Email: throwerlawfirm@comcast.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of July, 2006 a copy of the foregoing was sent to:

Jane S. Dudley, Esquire
Whiteford, Taylor & Preston, L.L.P
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue, Ste. 600
Towson, Md 21204

                /s/ Demetrius J. Parrish, Jr.
                Demetrius J. Parrish, Jr., Esquire
                1616 Walnut Street, Ste. 700
                Philadelphia, Pa. 19103
                (215) 735-3377 / Fax: (215) 827-5420
                Email: djp711@aol.com

                /s/ Lawrence Thrower
                Lawrence Thrower, Esquire
                229 15th Street, NW
                Washington, DC 20005
                (202) 243-0000 /Fax: (202) 234-8833
                Email: throwerlawfirm@comcast.net