U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINDOW CONSULTANTS, INC., et al.** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06CV00316 |
| **WESTCHESTER FIRE INSURANCE CO.,** et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the U.S. District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant, Westchester Fire Insurance Company ("Westchester"), by its undersigned counsel, hereby files its Disclosure of Corporate Affiliations and Financial Interests and states:

Westchester is a corporation organized and existing under the laws of the State of New York and is a wholly owned subsidiary of ACE USA, Inc., a corporation organized and existing under the laws of the State of Delaware. ACE USA, Inc. is a wholly owned subsidiary of ACE USA Holdings, Inc., a holding corporation organized and existing under the laws of the State of Delaware, which in turn is a wholly owned subsidiary of ACE Group Holdings, Inc., a corporation organized and existing under the laws of the State of Delaware. ACE Group Holdings, Inc. is a wholly owned subsidiary of the ultimate parent company, ACE Limited. ACE Limited is the only

publicly traded company (NYSE: ACE).  ACE Limited, a publicly held corporation, does not directly own any stock of Westchester.

                                            Respectfully submitted,

                                            */s/   Jane Saindon Dudley*
                                            Jane Saindon Dudley (#459595)
                                            Gerard P. Sunderland (#390306)
                                            WHITEFORD, TAYLOR & PRESTON, LLP
                                            1025 Connecticut Avenue, N.W.
                                            Suite 400
                                            Washington, D.C.  20036-5404
                                            (202) 659-6800/ (202) 331-0573 (facsimile)

                                            *Counsel for Defendant Westchester Fire*
                                            *Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of  July, 2006, a true copy of the foregoing was mailed, first-class postage prepaid to:

Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

Lawrence A. Thrower, Esquire
1229 15th Street, N.W.
Washington, D.C.  20005

Demetrius J. Parrish, Esquire
1616 Walnut Street
Suite 700
Philadelphia, Pennsylvania 19103

                                            */s/   Jane Saindon Dudley*
                                            Jane Saindon Dudley

189653