U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINDOW CONSULTANTS, INC., et al.** | * |
|     **Plaintiff,** | * |
| **v.** | *  Case No. 1:06CV00316 |
| **WESTCHESTER FIRE INSURANCE CO.,**<br>  **et al.** | * |
| | * |
|     **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

COMES NOW the Defendant, Westchester Fire Insurance Company ("Westchester"), by counsel, with its Consent Motion to Enlarge the Time to Complete Discovery, and states:

The Scheduling Order in this case was entered on June 30, 2006. It provided that discovery in this matter would close on November 30, 2006. However, the parties have not completed discovery. However, the Defendants have been investigating the completed work in anticipation of discussions aimed at resolving the case. Those discussions will either resolve this case within the next several weeks or allow the parties to determine that settlement will not be possible. If the case cannot be resolved informally, the enlargement of time will allow the parties to complete formal discovery and proceed with the case.

Under LCvR 16.4, the Court may modify the scheduling order at any time upon a showing of good cause. Further, under Fed.R. Civ. P 6 (b), the Court may extend the

time for taking any action for good cause shown. In this case, the possibility of resolving this case without the necessity for further involvement by the Court and without the cost of completing formal discovery merits a short continuance of this case. The consent of the parties is demonstrated by the signatures of counsel on the proposed consent order attached hereto.

Accordingly, the parties request an enlargement of time to complete discovery until February 10, 2006, and request that the scheduling order be amended as follows:

1. Discovery shall conclude by January 31, 2007.

2. Dispositive motions shall be filed by February 16, 2007.

3. A status conference will be held after decisions on any dispositive motions. The pretrial and trial dates shall be set at the status conference.

WHEREFORE, Westchester Fire Insurance Company requests that this Honorable Court enlarge the time for the parties to complete discovery and modify the scheduling order accordingly.

                                Respectfully submitted,

                                /s/ Jane Saindon Dudley
                              Jane Saindon Dudley (#459595)
                              Gerard P. Sunderland (#390306)
                              WHITEFORD, TAYLOR & PRESTON, LLP
                              1025 Connecticut Avenue, N.W., Suite 400
                              Washington, D.C. 20036-5404
                              (202) 659-6800/(202) 331-0573 (facsimile)

                              *Counsel for Defendant Westchester Fire Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 22d day of November, 2006, a true copy of the foregoing was mailed, first-class postage prepaid to:

Jeffrey Rosenfeld, Esquire
Adam C. Harrison, Esquire
Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

Demetrius J. Parrish, Esquire
1616 Walnut street
Suite 700
Philadelphia, PA 19103

Lawrence A. Thrower, Esquire
1229 15th Street, NW
Washington, DC 20005

                                                   /s/  *Jane Saindon Dudley*
                                                   Jane Saindon Dudley

194378