U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINDOW CONSULTANTS, INC., et al.** * | |
|     **Plaintiff,** * | |
| v.  * | **Case No. 1:06CV00316** |
| **WESTCHESTER FIRE INSURANCE CO.,** * <br>  et al. | |
|   * | |
|     **Defendants.** | |
|   * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

UPON CONSIDERATION of Defendant Westchester Fire Insurance Company's Consent Motion for an Enlargement of Time to Complete Discovery; and

There being good cause showing; it is

HEREBY ORDERED that the Scheduling Order for this case shall be and is amended as follows:

1. Discovery shall conclude by January 31, 2007.

2. Dispositive motions shall be filed by February 16, 2007.

3. A status conference will be held after decisions on any dispositive motions. The pretrial and trial dates shall be set at the status conference.

SO ORDERED.

_____
Royce C. Lambert
U.S. District Court Judge

2

COPIES TO:

Jane Saindon Dudley, Esquire
Gerard P. Sunderland, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036-5404

Jeffrey Rosenfeld, Esquire
Adam C. Harrison, Esquire
HARRISON LAW GROUP
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204

Demetrius J. Parrish, Esquire
1616 Walnut Street
Suite 700
Philadelphia, PA 19103

Lawrence A. Thrower, Esquire
1229 15th Street, NW
Washington, DC 20005

*194606*