UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINDOW CONSULTANTS, INC., et al.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WESTCHESTER FIRE INSURANCE** )<br>**COMPANY, et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 06-316 (RCL) |

## ORDER

Upon consideration of defendant Westchester Fire Insurance Company's Consent Motion [28] For An Enlargement of Time to Complete Discovery, and there being good cause showing, it is hereby

ORDERED, that the Scheduling Order for this case shall be and is amended as follows:

1. Discovery shall conclude by January 31, 2007.

2. Dispositive motions shall be filed by February 16, 2007.

3. A status conference will be held after decisions on any dispositive motions. The pretrial and trial dates shall be set at the status conference.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 22, 2006.