IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *UNITED STATES OF AMERICA f/u/o* <br> *WINDOW CONSULTANTS, INC.* <br><br> and <br><br> *WINDOW CONSULTANTS, INC.* <br><br> *Plaintiffs and Counter-Defendant,* <br><br> v. <br><br> *WESTCHESTER FIRE INSURANCE COMPANY* <br><br> and <br><br> *J.B. DALCO CORPORATION* <br><br> *Defendants and Counter-Plaintiff.* | * <br> *    *CIVIL NO.: 1:06CV00316 RCL* <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure stipulate as follows:

(1)    United States of America f/u/o Window Consultants, Inc.'s claim against Westchester Fire Insurance Company shall be dismissed WITH PREJUDICE;

(2)    Window Consultants, Inc.'s claim against J.B. Dalco Corporation shall be dismissed WITHOUT PREJUDICE; and

(3)    J.B. Dalco Corporation's counterclaim against Window Consultants, Inc. shall be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

| | |
|---|---|
| /s/ Lawrence Thrower | /s/ Demetrius Parrish |
| LAWRENCE THROWER | DEMETRIUS PARRISH |
| | |
| 1229 15th Street, N.W. | 1616 Walnut Street, Suite 700 |
| Washington, D.C. 20005 | Philadelphia, Pennsylvania 19103 |
| | |
| ***Attorney for Defendant and Counter-Plaintiff, J.B. Dalco Corporation*** | ***Attorney for Defendant and Counter-Plaintiff, J.B. Dalco Corporation*** |
| | |
| /s/ Adam C. Harrison | /s/ Gerard P. Sunderland |
| ADAM C. HARRISON | GERARD P. SUNDERLAND |
| | |
| /s/ Jeffrey S. Rosenfeld | /s/ Jane Dudley |
| JEFFREY S. ROSENFELD | JANE DUDLEY |
| | |
| HARRISON LAW GROUP | WHITEFORD, TAYLOR & PRESTON, L.L.P. |
| 40 West Chesapeake Avenue, Suite 600 | 1025 Connecticut Avenue, N.W., Suite 400 |
| Towson, Maryland 21204 | Washington, D.C. 20036 |
| Telephone: (410) 832-0000 | |
| Facsimile: (410) 832-9929 | ***Attorneys for Defendant Westchester Fire Insurance Company*** |
| | |
| ***Attorneys for Plaintiffs and Counter-Defendant The United States of America f/u/o Window Consultants, Inc., and Window Consultants, Inc.*** | |

Date: February 8, 2007