UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/o** )<br>**WINDOW CONSULTANTS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WESTCHESTER FIRE INSURANCE** )<br>**COMPANY, et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-316 (RCL) |

## ORDER

Upon review of the joint Stipulation of Dismissal [30] entered into by the parties, it is hereby

ORDERED that the stipulation is entered and approved, and it is further

ORDERED that the claim by United States of America f/u/o Window Consultants, Inc. against Westchester Fire Insurance Co. is DISMISSED WITH PREJUDICE; and it is further

ORDERED, that the claim by Window Consultants, Inc. against J.B. Dalco Corp. is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED, that the counterclaim by J.B. Dalco Corp. against Window Consultants, Inc. is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 11, 2007.